IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEYLON DEREK BASS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF FREMONT, et al.,<br><br>　　　　　　　Defendants. | NO. C12-4943 TEH<br><br>ORDER TO SHOW CAUSE<br>WHY SANCTIONS SHOULD<br>NOT BE IMPOSED FOR<br>FAILURE TO APPEAR FOR<br>SCHEDULED HEARING |

With good cause appearing, IT IS HEREBY ORDERED that on **March 11, 2013, at 10:00 AM**, Mr. Panos Lagos shall appear in court and show cause as to why monetary or other sanctions should not be imposed for his failure to appear at 1:30 today, March 4, 2013, for the case management conference scheduled in the above-captioned matter. If Mr. Lagos wishes to file a written response to this order to show cause, he must do so on or before **March 7, 2013**.

In lieu of a hearing, Mr. Lagos may instead pay $75.00 to one of the charitable organizations on the attached list as a sanction for his failure to appear and submit a declaration to the Court on or before **March 8, 2013**, stating that he has done so. Upon receipt of the declaration, the show cause hearing will be vacated.

**IT IS SO ORDERED.**

Dated: 03/04/2013

　　　　　　　　　　　　　　　　　　　／s／ Thelton E. Henderson
　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT