Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Harvey E. Levine, SBN 61880
CITY OF FREMONT
City Attorney's Office
3300 Capitol Avenue
P.O. Box 5006
Fremont, CA 94537-5006
Telephone:  (510) 284.4030
Facsimile:   (510) 284.4031

Attorneys for Defendants
CITY OF FREMONT, CITY OF FREMONT
POLICE DEPT., CRAIG STECKLER, JASON MACCIOLA,
and CHRIS ALBERTI

Panos Lagos, Esq.
LAW OFFICES OF PANOS LAGOS
5032 Woodminster Lane
Oakland, CA  94602
Tel: 510-530-4078
Fax:  510-530-4725

Attorneys for Plaintiff
SEYLON DERRICK BASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYLON DERRICK BASS,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF FRFEMONT, et al.,<br><br>     Defendants. | Case No. CV12-04943-TEH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ESTABLISHING DEFENDANTS' TIME TO ANSWER ORIGINAL COMPLAINT AND CONTINUANCE OF CMC DATE** |

The Court granted in part and denied in part Defendants' Motion to Dismiss and gave plaintiff until April 5, 2013 to file an amended complaint.  Plaintiff declined to file an amended complaint and defendants are prepared to file an Answer to the remaining allegations of the initial complaint. The

parties have agreed on a Court Ordered Mediation which is to occur on Thursday, May 30, 2013.  To further economize plaintiff has graciously agreed that the defendants may defer filing their answer until June 20, 2013 to allow time for the Mediation process to continue to completion and a hopeful resolution of the case.  The parties further agree, stipulate and respectfully request that the next Case Management Conference be continued from Monday, June 10 to Monday, June 24, so if the case does not settle, the defendants have time to properly prepare and file their answer and the parties to properly prepare and file a joint CMC statement before the CMC.

So Stipulated:

I declare that I have received authorization from Mr. Lagos to show his consent to this Stipulation by showing his signature as /s/ on this pleading.


Dated:  April 23, 2013                                        BERTRAND, FOX & ELLIOT


                                                              By:  ___/s/_____
                                                                   Gregory M. Fox
                                                                   Attorney for Defendants


Dated:  April 23, 2013                                        LAW OFFICES OF PANOS LAGOS


                                                              By:  ___/s/ Panos Lagos_____
                                                                   Panos Lagos
                                                                   Attorneys for Plaintiff


## ORDER

Good Cause Appearing the Stipulation is So Ordered.  Defendants time to Answer the Complaint is extended to June 20, 2013.  The Case Management Conference now scheduled for Monday, June 10, 2013 is continued to Monday June 24, 2013.  A joint case management conference statement is to be

filed on or before Monday, June 17, 2013.

So Ordered.

Dated: April 24, 2013

By: 
United States
Judge Thelton E. Henderson