1   Gregory M. Fox, State Bar No. 070876
    BERTRAND, FOX & ELLIOT
2   The Waterfront Building
    2749 Hyde Street
3   San Francisco, California 94109
    Telephone: (415) 353-0999
4   Facsimile:  (415) 353-0990
    gfox@bfesf.com
5

6
    Harvey E. Levine SBN 61880
7   City Attorney
    City of Fremont
8   3300 Capitol Avenue
    PO BOx 5006
9   Fremont Ca  94537-5006
    Telephone: (510) 284 4030
10  Facsimile: (510) 284-40317240

11  Attorneys for Defendants
    City of Fremont et al
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15
    SEYLON DERRICK BASS,                 Case No. C12-04943 TEH
16
         Plaintiff,                      STIPULATION AND [PROPOSED] ORDER FOR
17                                       DISMISSAL WITH  PREJUDICE ENTIRE
    v.                                   ACTION
18
    CITY OF FREMONT , et al.,
19
         Defendants.
20

21
         It is hereby stipulated by and between   Plaintiff Seylon Derrick Bass, acting by and through his
22
    attorney Panos Lagos,  and Defendants City of  Fremont, et al, by and through their counsel of record,
23
    Gregory  M. Fox;  (hereinafter "Parties") as follows:
24
         The parties conducted mediation of this matter with mediator Tod Boley on May 30, 2013 during
25
    which the matter was settled and a written settlement agreement  was signed by the parties on May 30th ,
26
    2013  which is incorporated by reference as though fully set forth herein.   Plaintiff and his attorney
27
    have also signed a Settlement Agreement which is also incorporated herein  by reference as though fully
28

                                            1

1  set forth.

2  Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the Parties stipulate that

3  Plaintiff can voluntarily dismiss this entire action with prejudice.

4  The Parties agree that each party will bear its own costs and attorneys' fees, and further

5  request that the Court Order this Stipulation.

6  **IT IS SO STIPULATED.**

7

8  Dated: June 4 2013

9  By: _____

10  Panos Lagos  counsel for plaintiff

11

12

13  Dated:  June   2013                    BERTRAND, FOX & ELLIOT

14  By: _____

15  Gregory M. Fox

16  Attorneys for Defendants
    City of Fremont et al

17

18  **ATTORNEY ATTESTATION**

19  I hereby attest that I have on file  all holograph signatures for any signatures indicated by a

20  conformed signature ("/s/") within this E-filed document.

21

22  Dated: June   , 2013    _____
    Gregory M. Fox

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH  PREJUDICE ENTIRE ACTION

1

2

3                                        **ORDER**

4        Pursuant to the Stipulation of the Parties, the above-referenced  action and litigation is hereby

5   dismissed with prejudice, each side to bear their own, fees and costs

6

7        **IT IS SO ORDERED**

8

9   Dated:   06/11/2013

10                                                           HO_____DERSON
                                                            Judg_____t Court
11



Judge Thelton E. Henderson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             3

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH  PREJUDICE ENTIRE ACTION